**Bachittar Singh CHOHAN, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–71893.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 23, 2010.

Tsz–Hai Huang, The Huang Law Firm, Walnut Creek, CA, Hardeep Singh Rai, Indus Law Group LLP, San Francisco, CA, for Petitioner.

John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, Leah V. Durant, Esquire, Joseph D. Hardy, Jr., Esquire, Trial, OIL, David V. Bernal, Assistant Director, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Bachittar Singh Chohan, a native and citizen of India, petitions for review of a Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence an IJ's adverse credibility finding. *Don v. Gonzales,* 476 F.3d 738, 741 (9th Cir.2007). We deny the petition for review.

The agency found Chohan not credible, *inter alia,* because there were inconsistencies regarding the circumstances of Chohan's son's two arrests and releases from detention, and the agency reasonably rejected Chohan's proffered explanation for the inconsistencies. *See Chebchoub v. INS,* 257 F.3d 1038, 1042–43 (9th Cir.2001) (substantial evidence supports adverse credibility determination based on inconsistencies that go to heart of the claim). Substantial evidence also supports the agency's credibility determination based on the IJ's demeanor finding, *see Singh–Kaur v. INS,* 183 F.3d 1147, 1151 (9th Cir.1999) (special deference given to demeanor findings based on non-verbal communications), and based on Chohan's failure to provide corroboration, *see Sidhu v. INS,* 220 F.3d 1085, 1092 (9th Cir.2000) ("where the [agency] has reason to question the applicant's credibility, and the applicant fails to produce non-duplicative, material, easily available corroborating evidence and provides no credible explanation

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for such failure, an adverse credibility finding will withstand appellate review."). In the absence of credible testimony, Chohan's asylum and withholding of removal claims fail. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003).

Because Chohan's CAT claim is based on the testimony the agency found not credible, and he points to no evidence showing it is more likely than not he will be tortured in India, his CAT claim also fails. *Id.* at 1156–57.

Petitioner's motion to substitute counsel is granted.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.